**FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.**
John J. Witmeyer III
Jon R. Grabowski
Wall Street Plaza
New York, New York 10005
(212) 269-4900

*Attorneys for Sapere*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
MF GLOBAL HOLDINGS, LTD., *et al.*,                    :    Case No.11-15059 (MG)
                                                       :
          Debtor.                                      :    (Jointly Administered)
                                                       :
-------------------------------------------------------X

## NOTICE OF APPEAL

Sapere Wealth Management LLC, Granite Asset Management, and Sapere CTA Fund, L.P., creditors, parties in interest, and objectors, appeal under 28 U.S.C. § 158(a) from the judgment, order, or decree of the bankruptcy judge, viz. the Order Confirming Amended and Restated Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc., MF Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF Global Holdings USA Inc. entered in that contested matter on the 5th day of April, 2013.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**FORD MARRIN ESPOSITO WITMEYER & GLESER LLP**
*Counsel for Sapere Wealth Management LLC, Granite Asset Management and Sapere CTA
    Fund, L.P.*
Wall Street Plaza
New York, NY 10005
(212) 269-4900

By: John J. Witmeyer III, Esq.
     Jon R. Grabowski, Esq.

**MORRISON & FOERSTER LLP**
*Counsel for Louis J. Freeh, Chapter 11 Trustee*
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8045
By: Brett H. Miller, Esq.
     Craig A. Damast, Esq.
     William M. Hildbold, Esq.
     John A. Pintarelli, Esq.

**JONES DAY LLP**
*Counsel for the Plan Proponents*
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
(213) 243-2382
By: Bruce Bennett, Esq.
     Bennett L. Spiegel, Esq.
     Jennifer J. O'Neil, Esq.
     Lori Sinanyan, Esq.

**PROSKAUER ROSE LLP**
*Counsel for the Statutory Creditors' Committee of MF Global Holdings, Ltd.*
Eleven Times Square
New York, NY 10036
(212) 969-4053
By: Martin J. Bienenstock, Esq.
     Irena M. Goldstein, Esq.

**U.S. DEPARTMENT OF JUSTICE**
*Office of the United States Trustee*
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500
By: Susan D. Golden, Esq.
     Brian S. Masumoto, Esq.

**U.S. DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE**
*Attorneys for the United States*
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2761
By: Joseph N. Cordaro, Esq.

**McCARTER & ENGLISH LLP**
*Counsel for Occidental Energy Marketing Inc.*
245 Park Avenue
New York, NY 10167
(212) 609-6847
By:    David J. Adler, Esq.
       Katharine L. Mayer, Esq.

**HUGHES HUBBARD & REED LLP**
*Counsel for James W. Giddens, Trustee for the SIPA Liquidation of MF Global, Inc.*
One Battery Park Plaza
New York, NY 10004
(212) 837-6757
By:    James B. Kobak, Jr., Esq.
       Jeffrey S. Margolin, Esq.

**SEWARD & KISSEL LLP**
*Counsel for the Indenture Trustee, Wilmington Trust Company*
One Battery Park Plaza
New York, NY 10004
(212) 574-1366
By:    John R. Ashmead, Esq.

**COLE, SCHOTZ, MEISEL, FORMAN, & LEONARD, P.A.**
*Counsel for the Securities Representatives*
900 Third Avenue, 16th Floor
New York, NY 10022
(646) 563-8923
By:    John H. Drucker, Esq.
       Laurence May, Esq.
       Jill B. Beinstock, Esq.

**ENTWISTLE & CAPUCCI LLP**
*Counsel for the Customer Representatives*
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200
By:    Andrew J. Entwistle, Esq.
       Joshua K. Porter, Esq.
       Jordan A. Cortez, Esq.

Dated: New York, New York
       April 18, 2013

                                    Signed: */s/ John J. Witmeyer III*
                                            John J. Witmeyer III
                                            Jon R. Grabowski

                          Ford Marrin Esposito Witmeyer & Gleser,
                               L.L.P.
                          Wall Street Plaza
                          New York, NY 10005
                          Tel:   (212) 269-4900
                          Email:  jjwitmeyer@fmew.com
                                 jrgrabowski@fmew.com

-and-

                          **HOWARD, STALLINGS, FROM**
                              **& HUTSON, P.A.**
                          Joseph H. Stallings  (JS 5065)
                          5410 Trinity Road, Suite 210
                          P.O. Box 12347
                          Raleigh, North Carolina 27605
                          Tel:   919-821-7700
                          Fax:   919-821-7703
                          Email: jstallings@hsfh.com

                        *Attorneys for Sapere*